UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lisa A. Edwards,                                                    Case No. 3:22-cv-597

        Plaintiff

  v.                                                                           MEMORANDUM OPINION
                                                                           AND ORDER

Commissioner of Social
Security Administration,

        Defendant

Before me is the Report and Recommendation ("R & R") of Magistrate Judge Thomas M. Parker filed on March 10, 2023.  (Doc. No. 10).  Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2).  In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

Hearing no objections, I adopt Judge Parker's R & R in its entirety as the Order of the court. Therefore, the Commissioner's final decision is affirmed, and this case is closed.

So Ordered.

                                                        s/ Jeffrey J. Helmick
                                                        United States District Judge